**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Nakia Vaughn

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. MAG 12-18 DAD |
| Plaintiff, | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND ORDER EXCLUDING TIME |
| Vs | |
| NAKIA VAUGHN, et. al., | ORDER |
| Defendant | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Rodriguez, Counsel for Plaintiff, and undersigned counsel for defendant Vaughn, that the preliminary hearing scheduled for February 24, 2012 at 2:00 PM, be vacated and the matter be continued to this Court's calendar on February 27, 2012, at 2:00 P.M for preliminary hearing.

This continuance is requested by the defense because undersigned counsel will be unavailable on Friday at 2:00 PM due to a scheduling conflict.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161, *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (continuity of counsel), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant in a speedy trial. The Court is advised that all counsel have conferred about this request, that they have agreed to the February 27, 2012, date, and that all counsel have authorized Mr. Bigelow to sign this stipulation on their behalf.

**IT IS SO STIPULATED**

/S/ MICHELLE RODRIGUEZ
Michell Rodriguez, Esq.,                   Dated: February 21, 2012
Assistant United States Attorney
Attorney for Plaintiff

/S/MICHAEL B. BIGELOW                      Dated: February 21, 2012
Michael B. Bigelow
Attorney for Defendant
Nakia Vaughn

**ORDER**

**IT IS ORDERED:** that pursuant to stipulation the above referenced matter shall be continued until February 27, 2012 at 2:00 PM, and time excluded for the reasons set forth above.

**Date: 2/21/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE